IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

v.

CHRISTINA M. TRUMP,
                        Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Criminal No. 7:16-CR- 208 (ATB)
Vio:    18 USC § 641

## INFORMATION

### THE UNITED STATES ATTORNEY CHARGES:

### THE COUNT

On or about March 30, 2016, in the Northern District of New York, within the

special maritime and territorial jurisdiction of the United States, that is, Fort Drum, New

York, the Defendant

### CHRISTINA M. TRUMP

willfully and knowingly did steal merchandise, a value not exceeding $1000.00, the

property of:  Army Air Force Exchange Services.

All in violation of Title 18, United States Code, Section 641.


RICHARD S. HARTUNIAN
United States Attorney


By:_____
     JOSEPH H. LAM
     Special Assistant U.S. Attorney
     Bar Roll No. 519739